08 CV 6774

BLANK ROME, LLP
Attorneys for Plaintiff
HHL HEAVY LIFT & LOAD TRANSPORT GMBH & CO. KG
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
jgreenbaum@blankrome.com



RECEIVED
JUL 29 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HHL HEAVY LIFT & LOAD TRANSPORT
GMBH & CO. KG,

          Plaintiff,

-against-

INDUSTRIAL MARITIME CARRIERS
(BERMUDA) LTD.,

          Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff HHL HEAVY LIFT & LOAD TRANSPORT GMBH & CO. KG, certify that, according to information provided to counsel by its client, HHL HEAVY LIFT & LOAD TRANSPORT GMBH & CO. KG, is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           July 29, 2008

                              BLANK ROME, LLP
                              Attorneys for Plaintiff
                              HHL HEAVY LIFT & LOAD TRANSPORT
                              GMBH & CO. KG

                              By_____
                                Jack A. Greenbaum (JG 0039)
                              The Chrysler Building
                              405 Lexington Ave.
                              New York, NY 10174-0208
                              (212) 885-5000