NOURSE & BOWLES, LLP
Attorneys for Defendant
INDUSTRIAL MARITIME CARRIERS (BERMUDA) LTD.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200
jpare@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HHL HEAVY LIFT & LOAD TRANSPORT       :
GMBH & CO. KG,                        :
                                      :
                  Plaintiff,          :   08 Civ. 6774(WHP)
                                      :
          - against -                 :   **FRCP 7.1**
                                      :
INDUSTRIAL MARITIME CARRIERS          :
(BERMUDA) LTD.,                       :
                                      :
                  Defendant.          :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, neither

INDUSTRIAL MARITIME CARRIERS (BERMUDA) LTD. nor its parent, HMC

Century Maritime (Cyprus) Ltd., is publicly traded in the United States.


Dated: New York, New York
       August 8, 2008

                                          NOURSE & BOWLES, LLP
                                          Attorneys for Defendant
                                          INDUSTRIAL MARITIME CARRIERS
                                          (BERMUDA) LTD.

                                          By:_____
                                          Armand M. Paré, Jr. (AP-8575)
                                          One Exchange Plaza
                                          At 55 Broadway
                                          New York, New York 10006
                                          (212) 952-6200
                                          Email: jpare@nb-ny.com