BLANK ROME LLP
Attorneys for Plaintiff
HHL HEAVY LIFT & LOAD TRANSPORT
GMBH & CO. KG
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HHL HEAVY LIFT & LOAD TRANSPORT
GMBH & CO. KG

        Plaintiff,

-against-

INDUSTRIAL MARITIME CARRIERS
(BERMUDA) LTD.,

        Defendant.

---

08 Civ. 6774 (WHP)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE**, that LeRoy Lambert of Blank Rome LLP, hereby enters a notice of appearance to represent Plaintiff.

Dated:    New York, New York
           August 15, 2008

                           BLANK ROME LLP
                           Attorneys for Plaintiff
                           HHL HEAVY LIFT & LOAD TRANSPORT
                           GMBH & CO. KG

                           By _____
                           LeRoy Lambert (LL 3519)
                           405 Lexington Avenue
                           New York, NY 10174-0208
                           Tel.: (212) 885-5000

130310.00601/6662266v.1