```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
HHL HEAVY LIFT & LOAD
TRANSPORT GMBH & CO. KG,

                Plaintiff,

-against-

INDUSTRIAL MARITIME CARRIERS
(BERMUDA) LTD.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 6774 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

Counsel for all parties having appeared before the Court for a pre-motion conference, the following schedule is established on consent:

1. Plaintiff shall serve and file its motion directed to Defendant's counter-security by September 5, 2008;

2. Defendant shall serve and file its opposition to the motion by September 12, 2008;

3. Plaintiff shall serve and file any reply by September 19, 2008; and

4. Oral argument concerning the motion shall take place September 26, 2008 at 11:00 a.m.

Dated: August 22, 2008
      New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of record:*

LeRoy Lambert, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
*Counsel for Plaintiff*

Armand M. Pare, Jr., Esq.
Nourse & Bowles, LLP
One Exchange Plaza
55 Broadway
New York, NY 10006-3030
*Counsel for Defendant*