USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

NOURSE & BOWLES, LLP
Attorneys for Defendant
INDUSTRIAL MARITIME CARRIERS (BERMUDA) LTD.
One Exchange Plaza
At 55 Broadway
New York, NY  10006-3030
(212) 952-6200
jpare@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
HHL HEAVY LIFT & LOAD TRANSPORT          :
GMBH & CO. KG,                                                      :
                                                                                    :
                           Plaintiff,          :          08 Civ. 6774(WHP)
                                                                                    :
                   - against -          :          **ORDER FOR COUNTERSECURITY**
                                                                                    :
INDUSTRIAL MARITIME CARRIERS              :
(BERMUDA) LTD.,                                                     :
                                                                                    :
                         Defendant.        :
----------------------------------------------------------------X

     WHEREAS, plaintiff filed an action seeking security from defendant in the amount of $3,102,900 and obtained an order of attachment to attach defendant's funds in said amount and is making daily service of the order of attachment;

     AND WHEREAS defendant has filed an Answer and Counterclaim alleging a counterclaim in the amount of $3,244,778.04 against plaintiff arising from the same transaction and occurrence as plaintiff's claim;

     IT IS NOW ORDERED THAT:

Plaintiff is to pay into the Registry of the Court or into an escrow account agreed by the parties cash countersecurity to secure defendant's counterclaims against plaintiff on a dollar for dollar basis within 3 business days of plaintiff attaching funds of defendant, but without prejudice to defendant eventually being entitled to full security for its claims in the amount of $3,244,778.04 as may be further ordered by the Court.

This Order is without prejudice to the rights of either party with respect to any remedies available to them, including the right to move the Court to reduce the amount of Plaintiff's claim or Defendant's counterclaim.

Dated: New York, New York
August 22, 2008

_____
U.S.D.J.