

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

*Phone:* (212) 885-5148
*Fax:* (917) 332-3838
*Email:* LLambert@BlankRome.com

September 2, 2008

**BY HAND**

MEMO ENDORSED



Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 803
New York, New York 10007

Re: HHL Heavy Lift & Load Transport GmbH & Co. KG v. Industrial Maritime Carriers (Bermuda) Ltd.
S.D.N.Y. 08 Civ. 6774 (WHP)
Our Ref.: 130310-00601

Dear Judge Pauley:

We represent plaintiff, HHL Heavy Lift & Load Transport GmbH & Co. KG ("Plaintiff") in this Rule B attachment action. At present, Plaintiff's motion to reduce the amount of the countersecurity order is scheduled to be submitted by September 5, Defendant's opposition by September 12, Plaintiff's reply by September 19, and oral argument is to be held on September 26.

We respectfully request an adjournment of the dates as follows: Plaintiff's motion to be submitted by September 19, Defendant's opposition by October 3, Plaintiff's reply by October 10, and oral argument to be had on October 17, or as soon thereafter as convenient to the Court.

Defendant's counsel does not object to this request.

Plaintiff's motion is due 9/19. Defendant's opposition is due 10/3. Plaintiff's reply is due 10/10, and oral argument on 10/17.

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.






We are of course at the Court's disposal to answer any questions and otherwise thank the Court for its consideration and action on this request.

Respectfully submitted,

BLANK ROME LLP

By
LeRoy Lambert

LRL:mg

cc: BY IMAGE-jpare@nb-ny.com
Nourse & Bowles, LLP
Attn: Armand M. Pare, Jr.